UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARBARA M. PARMENTER, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>TUFTS UNIVERSITY, and DOES 1-50<br><br>    *Defendants.* | Civil Action No.: 1:22-CV-10079-RGS |

**DEFENDANT THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant The Prudential Insurance Company of America of America ("Prudential") hereby moves to dismiss Plaintiff Barbara Parmenter's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff brings a claim for breach of fiduciary duty under the Employee Retirement Security Act of 1974 ("ERISA"), alleging that Prudential raised its premium rates despite an alleged representation that it would not do so without approval from the Massachusetts Commissioner of Insurance ("Commissioner").  However, the Commissioner does not regulate premium rates for group long-term care insurance plans, like Plaintiff's, and the plan documents clearly provide that Prudential has the authority to raise premium rates.  Moreover, Plaintiff fails plead the necessary elements of a breach of fiduciary duty claim.  Plaintiff does not allege that Prudential had a fiduciary duty or that Prudential was acting as a fiduciary when it raised its premium rates or made the alleged misrepresentation.  Plaintiff likewise fails to plausibly allege that Prudential breached any fiduciary duty.  Further, Plaintiff has not alleged that she relied on

any alleged misrepresentation or otherwise suffered a loss as a result of Prudential's alleged breach. In sum, Plaintiff has failed state a claim upon relief can be granted.

Accordingly, and for the reasons set forth in the accompanying memorandum, Prudential requests that this Court dismiss Plaintiff's complaint in its entirety with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Prudential requests a hearing on this motion.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

By its attorneys,

*/s/Jonathan I. Handler*
Jonathan I. Handler (BBO#561475)
jihandler@daypitney.com
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
T: (617) 345-4600
F: (617) 345-4745

Amanda Amert (pro hac vice admission pending)
Erica Spilde (pro hac vice admission pending)
WILLKIE FARR & GALLAGHER, LLP
300 North LaSalle Drive
Chicago, IL 60654-3406
Telephone: (312) 728-9010
Facsimile: (312) 728-9199
aamert@willkie.com
espilde@willkie.com

April 11, 2022

**LOCAL RULE 7.1(A)(2) CERTIFICATE OF COMPLIANCE**

I, Jonathan I. Handler, hereby certify that on April 8, 2022, my co-counsel Amanda Amert conferred with Sean K. Collins and Jonathan M. Feigenbaum counsel for Defendant Barbara Parmenter and the class, in an attempt to resolve or narrow the issue raised by this motion but that counsel were unable to do so.

*/s/Jonathan I. Handler*
Jonathan I. Handler

**CERTIFICATE OF SERVICE**

I, Jonathan I. Handler, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 11, 2022.

*/s/Jonathan I. Handler*
Jonathan I. Handler