UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Barbara M. Parmenter
*Individually and on behalf of all others
similarly situated*

      Plaintiff

      v.                              CIVIL ACTION 1:22-10079-RGS

The Prudential Insurance Company of America and
Tufts University

      Defendants

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Electronic Order issued on July 12, 2022, granting defendants' motions to dismiss, it is hereby ORDERED:

Judgment entered for the defendants.

July 12, 2022                                        By the court,
Date                                                  /s/ Arnold Pacho
                                                                 Deputy Clerk