# United States Court of Appeals
## For the First Circuit

No. 22-1614

BARBARA M. PARMENTER,
individually and on behalf of all others similarly situated,

Plaintiff, Appellant,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; TUFTS UNIVERSITY,

Defendants, Appellees,

DOES 1-50,

Defendants.

---

**JUDGMENT**

Entered: February 14, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is reversed in part and affirmed in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are awarded to Appellant.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Richard G. Stearns, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Jonathan M. Feigenbaum, Sean K. Collins, Ex Kano Shirden Sams II, Jonathan Isaac Handler, Amanda S. Amert, Thomas C. Blatchley, Douglas E. Motzenbecker